HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
NATHAN DRURY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-CR-0108 GEB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| NATHAN DRURY, | |
| Defendant. | Date:  June 26, 2015<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between defendant, Nathan Drury, and plaintiff, United States of America, that the status conference scheduled for June 26, 2015, may be continued to August 21, 2015, at 9:00 a.m.

The government has provided defense counsel with over 500 pages of discovery, including extensive audio and video evidence.  Defense counsel seeks time to review discovery with Mr. Drury.  The defense also anticipates performing its own investigation, including the possible retention of expert assistance.  The parties agree that the interests of justice to

-1-

be served by a continuance outweigh the best interests of the public and Mr. Drury in a speedy trial. They ask the Court to order time under the Speedy Trial Act excluded through August 21, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), to allow defense counsel time to effectively prepare.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:   June 18, 2015         /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for NATHAN DRURY


                               BENJAMIN WAGNER
                               United States Attorney

Dated:   June 18, 2015         /s/ T. Zindel for B. Fogerty
                               BRIAN FOGERTY
                               Assistant U.S. Attorney


**O R D E R**

The status conference is hereby continued to August 21, 2015, at 9:00 a.m., and time is excluded through that date for the reasons stated above, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the public and Mr. Drury in a speedy trial.

IT IS SO ORDERED.
Dated:   June 23, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge