HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
NATHAN DRURY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>         vs.<br><br>NATHAN DRURY,<br><br>    Defendant. | Case No. 2:15-CR-0108 GEB<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  August 21, 2015<br>Time:  9:00 a.m.<br>Judge:  Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between defendant, Nathan Drury, and plaintiff, United States of America, that the status conference scheduled for August 21, 2015, may be continued to October 30, 2015, at 9:00 a.m.

The government has provided defense counsel with over 500 pages of discovery, including extensive audio and video evidence.  Defense counsel seeks additional time to review discovery with Mr. Drury, to consider the filing of pretrial motions, and to do its own investigation.  The defense has yet to complete its review of non-discoverable evidence, which must

1  be done in a secured location.  The parties agree that the
2  interests of justice to be served by a continuance outweigh the
3  best interests of the public and Mr. Drury in a speedy trial.
4  They ask the Court to order time under the Speedy Trial Act
5  excluded through October 30, 2015, pursuant to 18 U.S.C. §
6  3161(h)(7)(A) and (B)(iv), to allow defense counsel time to
7  effectively prepare.

                                         Respectfully submitted,

                                         HEATHER E. WILLIAMS
                                         Federal Defender

Dated:  August 18, 2015          /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for NATHAN DRURY


                                 BENJAMIN WAGNER
                                 United States Attorney


Dated:  August 18, 2015          /s/ T. Zindel for B. Fogerty
                                 BRIAN FOGERTY
                                 Assistant U.S. Attorney


                             **O R D E R**

     The status conference is hereby continued to October 30, 2015, at 9:00 a.m., and time is excluded through that date for the reasons stated above, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the public and Mr. Drury in a speedy trial.
     IT IS SO ORDERED.
Dated:  August 18, 2015


                                 _____
                                 GARLAND E. BURRELL, JR.
                                 Senior United States District Judge