HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
NATHAN DRURY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:15-CR-0108 GEB |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
|  | ) **AND EXCLUDING TIME** |
| NATHAN DRURY, | ) |
| Defendant. | ) Date:   October 30, 2015 |
|  | ) Time:   9:00 a.m. |
|  | ) Judge:  Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between defendant, Nathan Drury, and plaintiff, United States of America, that the status conference scheduled for October 30, 2015, may be continued to December 18, 2015, at 9:00 a.m.

The government has provided defense counsel with over 500 pages of discovery, including extensive audio and video evidence.  Defense counsel seeks additional time to review discovery with Mr. Drury, to consider the filing of pretrial motions, and to complete its investigation, which is underway.  The defense has yet to complete its review of non-discoverable

-1-

evidence, which must be done in a secured location. The parties agree that the interests of justice to be served by a continuance outweigh the best interests of the public and Mr. Drury in a speedy trial. They ask the Court to order time under the Speedy Trial Act excluded through December 18, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), to allow defense counsel time to effectively prepare.

                                              Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

Dated: October 28, 2015      /s/ T. Zindel
                                              TIMOTHY ZINDEL
                                              Assistant Federal Defender
                                              Attorney for NATHAN DRURY

                                              BENJAMIN WAGNER
                                              United States Attorney

Dated: October 28, 2015      /s/ T. Zindel for B. Fogerty
                                              BRIAN FOGERTY
                                              Assistant U.S. Attorney


**O R D E R**

    The status conference is hereby continued to December 18, 2015, at 9:00 a.m., and time is excluded through that date for the reasons stated above, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the public and Mr. Drury in a speedy trial.

    IT IS SO ORDERED.
Dated: October 28, 2015

                                              _____
                                              GARLAND E. BURRELL, JR.
                                              Senior United States District Judge