```
HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA   95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org


Attorney for Defendant
NATHAN DRURY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:15-CR-0108 GEB |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER** ) **CONTINUING STATUS CONFERENCE** ) **AND EXCLUDING TIME** |
| NATHAN DRURY, | ) |
| Defendant. | ) Date:  December 18, 2015 ) Time:  9:00 a.m. ) Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between defendant, Nathan Drury, and plaintiff, United States of America, that the status conference scheduled for December 18, 2015, may be continued to February 26, 2016, at 9:00 a.m.

The government has provided defense counsel with over 500 pages of discovery, including extensive audio and video evidence. Defense counsel has requested additional discovery and also seeks time to review discovery with Mr. Drury, to consider the filing of pretrial motions, and to complete its investigation, which is underway. The parties agree that the

interests of justice to be served by a continuance outweigh the best interests of the public and Mr. Drury in a speedy trial. They ask the Court to order time under the Speedy Trial Act excluded through February 26, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), to allow defense counsel time to effectively prepare.

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Dated:   December 16, 2015    /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for NATHAN DRURY


                                        BENJAMIN WAGNER
                                        United States Attorney

Dated:   December 16, 2015    /s/ T. Zindel for B. Fogerty
                              BRIAN FOGERTY
                              Assistant U.S. Attorney


**O R D E R**

The status conference is hereby continued to February 26, 2016, at 9:00 a.m., and time is excluded through that date for the reasons stated above, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the public and Mr. Drury in a speedy trial.

   IT IS SO ORDERED.

Dated:   December 17, 2015

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        Senior United States District Judge