HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA   95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org


Attorney for Defendant
NATHAN DRURY


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>         vs.<br><br>NATHAN DRURY,<br><br>  Defendant. | Case No. 2:15-CR-0108 GEB<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  February 26, 2016<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between defendant, Nathan Drury, and plaintiff, United States of America, that the status conference scheduled for February 26, 2016, may be continued to April 22, 2016, at 9:00 a.m.

The government has provided defense counsel with over 500 pages of discovery, including extensive audio and video evidence. Defense counsel has requested additional discovery and also seeks time to review discovery with Mr. Drury, to consider the filing of pretrial motions, and to complete its investigation, which is ongoing. The parties agree that the

interests of justice to be served by a continuance outweigh the best interests of the public and Mr. Drury in a speedy trial. They ask the Court to order time under the Speedy Trial Act excluded through April 22, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), to allow defense counsel time to effectively prepare.

                                              Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

Dated:   February 23, 2016      /s/ T. Zindel
                                              TIMOTHY ZINDEL
                                              Assistant Federal Defender
                                              Attorney for NATHAN DRURY


                                              BENJAMIN WAGNER
                                              United States Attorney

Dated:   February 23, 2016      /s/ T. Zindel for B. Fogerty
                                              BRIAN FOGERTY
                                              Assistant U.S. Attorney


**O R D E R**

    The status conference is hereby continued to April 22, 2016, at 9:00 a.m., and time is excluded through that date for the reasons stated above, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the public and Mr. Drury in a speedy trial.

    IT IS SO ORDERED.
Dated:   February 24, 2016

                                              GARLAND E. BURRELL, JR.
                                              Senior United States District Judge