HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org


Attorney for Defendant
NATHAN DRURY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-CR-0108 GEB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| NATHAN DRURY, | |
| Defendant. | Date:  April 22, 2016<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between defendant, Nathan Drury, and plaintiff, United States of America, that the status conference scheduled for April 22, 2016, may be continued to June 17, 2016, at 9:00 a.m.

Defense counsel seeks additional time to complete witness interviews and other matters necessary to resolution of the case. The parties also need additional time to determine the impact on this prosecution of related but unresolved charges pending in state court. Defense investigation is ongoing. The parties agree that the interests of justice to be served by a

-1-

continuance outweigh the best interests of the public and Mr. Drury in a speedy trial.  They ask the Court to order time under the Speedy Trial Act excluded through June 17, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), to allow defense counsel time to effectively prepare.

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Dated:  April 20, 2016                  /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for NATHAN DRURY


                                        BENJAMIN WAGNER
                                        United States Attorney

Dated:  April 20, 2016                  /s/ T. Zindel for B. Fogerty
                                        BRIAN FOGERTY
                                        Assistant U.S. Attorney


**O R D E R**

The status conference is hereby continued to June 17, 2016, at 9:00 a.m., and time is excluded through that date for the reasons stated above, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the public and Mr. Drury in a speedy trial.

IT IS SO ORDERED.

Dated:  April 21, 2016


                                        _____
                                        GARLAND E. BURRELL, JR.
                                        Senior United States District Judge