HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
NATHAN DRURY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>      vs.<br><br>NATHAN DRURY,<br><br>  Defendant. | Case No. 2:15-CR-0108 GEB<br><br>**STIPULATION AND ORDER (PROPOSED) CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:   June 17, 2016<br>Time:   9:00 a.m.<br>Judge:  Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between defendant, Nathan Drury, and plaintiff, United States of America, that the status conference scheduled for June 17, 2016, may be continued to August 19, 2016, at 9:00 a.m.

Defense counsel seeks additional time to complete witness interviews and other investigation necessary to resolution of the case.  The parties also need additional time to determine the impact on this prosecution of related but unresolved charges pending in state court.  Defense investigation is ongoing.  The parties agree that the interests of justice to be served by a

1  continuance outweigh the best interests of the public and Mr.
2  Drury in a speedy trial.  They ask the Court to order time under
3  the Speedy Trial Act excluded through August 19, 2016, pursuant
4  to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), to allow defense
5  counsel time to effectively prepare.

                                    Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender


Dated:   June 15, 2016              /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for NATHAN DRURY


                                    BENJAMIN WAGNER
                                    United States Attorney


Dated:   June 15, 2016              /s/ T. Zindel for B. Fogerty
                                    BRIAN FOGERTY
                                    Assistant U.S. Attorney


### O R D E R

   The status conference is hereby continued to August 19, 2016, at 9:00 a.m., and time is excluded through that date for the reasons stated above, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the public and Mr. Drury in a speedy trial.
   IT IS SO ORDERED.
Dated: June 16, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge