HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
NATHAN DRURY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:15-CR-0108 GEB |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER (PROPOSED)** |
| | ) **CONTINUING STATUS CONFERENCE** |
| NATHAN DRURY, | ) **AND EXCLUDING TIME** |
| Defendant. | ) Date:   August 19, 2016 |
| | ) Time:   9:00 a.m. |
| | ) Judge:  Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between defendant, Nathan Drury, and plaintiff, United States of America, that the status conference scheduled for August 19, 2016, may be continued to October 7, 2016, at 9:00 a.m.

Defense counsel seeks additional time to review the results of a recently-completed background investigation necessary to resolution of the case. The parties also need additional time to determine the impact on this prosecution of related but as-yet unresolved charges pending in state court. The parties agree that the interests of justice to be served by a

-1-

continuance outweigh the best interests of the public and Mr. Drury in a speedy trial. They ask the Court to order time under the Speedy Trial Act excluded through October 7, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), to allow defense counsel time to effectively prepare.

                                      Respectfully submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

Dated: August 17, 2016      /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for NATHAN DRURY

                                      PHILLIP A. TALBERT
                                      Acting United States Attorney

Dated: August 17, 2016      /s/ T. Zindel for B. Fogerty
                                      BRIAN FOGERTY
                                      Assistant U.S. Attorney

**O R D E R**

    The status conference is hereby continued to October 7, 2016, at 9:00 a.m., and time is excluded through that date for the reasons stated above, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the public and Mr. Drury in a speedy trial.

    IT IS SO ORDERED.

Dated: August 18, 2016

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        Senior United States District Judge