```
HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA   95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org


Attorney for Defendant
NATHAN DRURY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>               vs.<br><br>NATHAN DRURY,<br><br>       Defendant. | Case No. 2:15-CR-0108 GEB<br><br>**STIPULATION AND ORDER (PROPOSED) CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:   October 7, 2016<br>Time:   9:00 a.m.<br>Judge:  Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between defendant, Nathan Drury, and plaintiff, United States of America, that the status conference scheduled for October 7, 2016, may be continued to November 18, 2016, at 9:00 a.m.

Defense counsel seeks additional time to review the results of a recently-completed background investigation necessary to resolution of the case.  The parties also need additional time to determine the impact on this prosecution of related but as-yet unresolved charges pending in state court.  The parties agree that the interests of justice to be served by a

continuance outweigh the best interests of the public and Mr. Drury in a speedy trial. They ask the Court to order time under the Speedy Trial Act excluded through November 18, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), to allow defense counsel time to effectively prepare.

                                    Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

Dated: October 6, 2016      /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for NATHAN DRURY

                                    PHILLIP A. TALBERT
                                    Acting United States Attorney

Dated: October 6, 2016      /s/ T. Zindel for B. Fogerty
                                    BRIAN FOGERTY
                                    Assistant U.S. Attorney

**O R D E R**

    The status conference is hereby continued to November 18, 2016, at 9:00 a.m., and time is excluded through that date for the reasons stated above, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the public and Mr. Drury in a speedy trial.

    IT IS SO ORDERED.

Dated: October 6, 2016

                                      GARLAND E. BURRELL, JR.
                                      Senior United States District Judge