```
HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA   95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org


Attorney for Defendant
NATHAN DRURY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>       vs.<br><br>NATHAN DRURY,<br><br>  Defendant. | Case No. 2:15-CR-0108 GEB<br><br>**STIPULATION AND ORDER (PROPOSED) CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:   November 18, 2016<br>Time:   9:00 a.m.<br>Judge:  Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between defendant, Nathan Drury, and plaintiff, United States of America, that the status conference scheduled for November 18, 2016, may be continued to January 27, 2017, at 9:00 a.m.

Defense counsel seeks additional time to review (and potentially share) the results of a background investigation necessary to resolution of the case.  The parties also need additional time to determine the impact on this prosecution of related but as-yet unresolved charges pending in state court. The parties agree that the interests of justice to be served by

-1-

a continuance outweigh the best interests of the public and Mr. Drury in a speedy trial.  They ask the Court to order time under the Speedy Trial Act excluded through January 27, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), to allow defense counsel time to effectively prepare.

                                                 Respectfully submitted,

                                                 HEATHER E. WILLIAMS
                                                 Federal Defender

Dated:  November 17, 2016     /s/ T. Zindel
                                                 TIMOTHY ZINDEL
                                                 Assistant Federal Defender
                                                 Attorney for NATHAN DRURY

                                                 PHILLIP A. TALBERT
                                                 Acting United States Attorney

Dated:  November 17, 2016     /s/ T. Zindel for B. Fogerty
                                                 BRIAN FOGERTY
                                                 Assistant U.S. Attorney

**O R D E R**

    The status conference is hereby continued to January 27, 2017, at 9:00 a.m., and time is excluded through that date for the reasons stated above, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the public and Mr. Drury in a speedy trial.

    IT IS SO ORDERED.

Dated:  November 17, 2016

                                                 GARLAND E. BURRELL, JR.
                                                 Senior United States District Judge