HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
NATHAN DRURY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-CR-0108 GEB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER (AMENDED) CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| NATHAN DRURY, | |
| Defendant. | Date:  January 27, 2017<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between defendant, Nathan Drury, and plaintiff, United States of America, that the status conference scheduled for January 27, 2017, may be continued to March 3, 2017, at 9:00 a.m.

Defense counsel seeks additional time to review (and potentially share) the results of a background investigation necessary to resolution of the case.  The parties also need additional time to determine the impact on this prosecution of related but as-yet unresolved charges pending in state court. The parties agree that the interests of justice to be served by

-1-

1  a continuance outweigh the best interests of the public and Mr.
2  Drury in a speedy trial.  They ask the Court to order time under
3  the Speedy Trial Act excluded through March 3, 2017, pursuant to
4  18 U.S.C. § 3161(h)(7)(A) and (B)(iv), to allow defense counsel
5  time to effectively prepare.

                                      Respectfully submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

9  Dated:  January 26, 2017            /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for NATHAN DRURY


                                      PHILLIP A. TALBERT
                                      United States Attorney


14 Dated:  January 26, 2017            /s/ T. Zindel for B. Fogerty
                                      BRIAN FOGERTY
                                      Assistant U.S. Attorney


                              **O R D E R**


19    The status conference is hereby continued to March 3, 2017,
20 at 9:00 a.m., and time is excluded through that date for the
21 reasons stated above, the Court finding that the ends of justice
22 to be served by a continuance outweigh the best interests of the
23 public and Mr. Drury in a speedy trial.
24    IT IS SO ORDERED.
25 Dated:  January 26, 2017


                                      _____
                                      GARLAND E. BURRELL, JR.
                                      Senior United States District Judge