PHILLIP A. TALBERT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>NATHAN DRURY,<br><br>                 Defendant. | CASE NO. 2:15-CR-108 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT**<br><br>COURT: Hon. Garland E. Burrell, Jr. |

      The United States of America, by and through Assistant United States Attorney Brian A. Fogerty, and defendant Nathan Drury, through counsel Assistant Federal Defender Timothy Zindel, hereby submit additional facts to support the Court's order of January 27, 2017 (ECF No. 33), and further stipulate and agree that, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the time between the January 27, 2017, and the newly set March 3, 2017, status conference should be excluded from the computation of time in which trial must commence, to allow for defense investigation and trial preparation.

      On January 26, 2017, defense counsel filed a stipulation and proposed order, requesting that the Court vacate the January 27, 2017, status conference, and reset the matter for a status conference on March 3, 2017, with an exclusion of time under the Speedy Trial Act. ECF No. 32. The Court adopted the stipulation, and entered the proposed order on January 27, 2017. ECF No. 33.

      To supplement the record in support of the exclusion of time set forth in the Court's January 27,

2017, order (ECF No. 33), the parties stipulate and agree that in addition to conducting an investigation regarding facts and circumstances that may affect a potential resolution, defense counsel's investigation is also relevant to defense counsel's trial preparation should this case proceed to trial. Additionally, defense counsel's investigation regarding the facts and posture of the defendant's unresolved state charges is relevant to counsel's trial preparation for this case. Without this continued background investigation, defense counsel is not able to evaluate a potential resolution or effectively prepare for trial.

Based on the foregoing facts, the parties agree that the interests of justice served by continuing the case to March 3, 2017, and excluding the intervening time under the Speedy Trial Act, outweighs the best interest of the public and the defendant in a speedy trial. The parties request that the Court adopt the facts set forth herein and those submitted in support of its previous order (ECF No. 33) and order time excluded between January 27, 2017, and March 3, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4, to allow defense counsel to investigate and prepare for trial.

Dated:  January 30, 2017                                    PHILLIP A. TALBERT
                                                            United States Attorney

                                                       By:  /s/ BRIAN A. FOGERTY
                                                            BRIAN A. FOGERTY
                                                            Assistant United States Attorney

Dated:  January 30, 2017                                    /s/ TIMOTHY ZINDEL
                                                            TIMOTHY ZINDEL
                                                            Assistant Federal Defender
                                                            Attorney for Nathan Drury

## ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds that based on the facts set forth therein, the failure to grant a continuance and exclude the time between January 27, 2017, and March 3, 2017, would deny counsel reasonable time necessary for effective

preparation, taking into account the exercise of due diligence.  The Court further finds the ends of justice are served by the continuance and outweigh the best interests of the public and the defendant in a speedy trial.  Time from January 27, 2017, to and including March 3, 2017, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO ORDERED.

Dated:  February 6, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge