McGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN ALEXANDER DRURY,<br><br>Defendant. | 2:15-CR-00108-GEB<br><br>FINAL ORDER OF FORFEITURE |

On or about January 29, 2018, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a), based upon the plea agreement entered into between plaintiff and defendant Nathan Alexander Drury forfeiting to the United States the following property:

    a. One Seagate 2 TB External USB 3 hard drive, serial number NA774RMT.

Beginning on February 8, 2018, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the property:

    a.    Sarah Drury: A notice letter was sent via certified mail to Sarah Drury at 2244

Ceanothus Avenue, Chico, CA 95926 on February 7, 2018.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on February 12, 2018.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), including all right, title, and interest of Nathan Alexander Drury and Sarah Drury.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection – Homeland Security Investigations shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED.

Dated: July 27, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge