IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:15-cr-00108 GEB |
| Plaintiff, | ) ) | ***O R D E R*** |
| vs. | ) ) | ***APPOINTING COUNSEL*** |
| NATHAN A. DRURY, | ) ) | |
| Defendant. | ) ) | |

    The above-named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him on an ancillary matter regarding concurrent custody. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

    IT IS HEREBY ORDERED that Tim Zindel is appointed to represent the above defendant in this case effective *nunc pro tunc* to December 10, 2025, the day he began working on this stage of the case.

    This appointment shall remain in effect until further order of this court.

DATED: December 11, 2025

                                                  HON. CHI SOO KIM
                                                  United States Magistrate Judge